## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

**MARILYNN THOMASON,**

                              **Debtor.**

**Bankruptcy Case
No. 22-40460-JMM**

### ORDER DENYING EXTENSION OF TIME TO COMPLETE CREDIT COUNSELING AND GRANTING MOTION TO DISMISS

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Debtor's motion to extend time to complete the credit counseling requirement, Doc. No. 6, shall be, and is hereby DENIED.

**IT IS FURTHER HEREBY ORDERED** that Trustee's Motion to Dismiss, Doc. No. 16, joined in by LSF10 Master Participation Trust, Doc. No. 26, shall be, and is hereby GRANTED and this Chapter 13 bankruptcy case is DISMISSED.

**IT IS FURTHER HEREBY ORDERED THAT** Trustee's motion for a bar to refiling, Doc. No. 16, shall be, and is hereby DENIED.

DATED:  December 6, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER − 1