## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**MARILYNN THOMASON,**<br><br>　　　　　　　　　**Debtor.** | **Bankruptcy Case<br>Nos. 21-40435-JMM<br>and 22-40460-JMM** |

## ORDER DENYING DEBTOR'S REQUEST FOR
## CERTIFICATION OF A DIRECT APPEAL TO THE NINTH CIRCUIT

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** the "Certification to Court of Appeals by All Parties," 21-40435-JMM at Doc. No. 267 and 22-40460-JMM at Doc. No. 49, shall be and is hereby DENIED.

**IT IS FURTHER HEREBY ORDERED THAT** Debtor must provide written notice to the Court, on or before <u>Friday, January 13, 2023</u>, of her election to have the appeal heard by the District Court; otherwise, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, the appeal will be heard by the Bankruptcy Appellate Panel.

DATED:  January 3, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER−1